IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00773-WDM-MJW

JEFFREY D. HOFFMAN,

      Plaintiff,

v.

SOUTHLAND CORPORATION,

      Defendant.

---

**NOTICE OF DISMISSAL**

---

      The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ.

P. 41(a)(2).  Accordingly, this case is dismissed without prejudice, each party to pay his

or its own costs and attorneys' fees.

      DATED at Denver, Colorado, on June 20, 2006.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge