IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00773-WDM-MJW

JEFFREY D. HOFFMAN,

    Plaintiff,

v.

SOUTHLAND CORPORATION,

    Defendant.

---

**AMENDED NOTICE OF DISMISSAL**

---

The parties having now filed a Joint Motion to Amend Notice of Dismissal and Stipulation of Dismissal with Prejudice, the court construes the motion to be in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 27, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge